# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00526-CR

**Shannon Caron, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 12-1487-K368, HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this cause, Shannon Caron timely perfected an appeal from a district court order adjudicating her guilty of the offense of indecency with a child. Subsequently, however, the district court vacated its order and granted Caron a new trial. Caron has further confirmed that her appeal is "no longer necessary" and should be dismissed. Accordingly, we dismiss the appeal as moot.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed as Moot

Filed: October 9, 2014

Do Not Publish